**DAVID E. LYNN, P.C.**
15245 Shady Grove Road, Suite 465 N
Rockville, MD 20850
davidlynn@verizon.net

Thomas V. Sjoblom, Esq.
18334 Buccaneer Terrace
Leesburg, VA 20176

In Reference To:

Professional Services

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/8/2013 | Telephone conference with Tom about litigation pending against him, jurisdiction, potential to recover back taxes from former firm in order to help him stay out of bankruptcy, possibility of using Chapter 13 to deal with securities allegations. | $395.00/hr | 1.10 | 434.50 |
| 12/3/2013 | Initial client meeting. Telephone conference with BJ Haynes. Recap. | $395.00/hr | 4.10 | 1,619.50 |
| 12/4/2013 | Telephone conference with Tom & Josh Hochberg, about bankruptcy implications of claims against Tom and how they would be handled in bankruptcy court. | $395.00/hr | 0.30 | 118.50 |
| 12/5/2013 | Research: 1. jury trial on (non)dischargeability? & 2. jurisdiction of bankruptcy court to liquidate non-dischargeble claim.  Report to Tom. | $395.00/hr | 2.00 | 790.00 |
| 12/13/2013 | Telephone conference with Tom, x2: Proskauer refuses to cover his taxes.  Wants me to confer with their attorneys at Davis Polk.  Again: should we do the bankruptcy to discharge the taxes, let class actions take whatever course they will? | $395.00/hr | 0.90 | 355.50 |
| 12/18/2013 | Telephone conference with Josh Hochberg and Tom about inter-relationship of bankruptcy and civil matters. | $395.00/hr | 0.40 | 158.00 |
| 12/19/2013 | Conference call with Proskauer and its attorneys, with Josh Hochberg, evaluating likely outcome if Tom were to file for bankruptcy. | $395.00/hr | 0.50 | 197.50 |
| 1/29/2014 | Telephone conference with Tom: Proskauer asking, if they pay taxes, what assurance that Tom won't file for bankruptcy? | $395.00/hr | 0.10 | 39.50 |

**EXHIBIT A**

Thomas V. Sjoblom, Esq.                                                                                                   Page    2

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 2/6/2014 | Telephone conference with Tom: wants to proceed in bankruptcy. | $395.00/hr | 0.30 | 118.50 |
| 2/24/2014 | Analysis of alternatives: Chapter 7 v. Chapter 13 -- & applicable commitment period in Chapter 13 -- exemptions -- effect on dischargeability. | $395.00/hr | 0.60 | 237.00 |
|  | Conference with Tom to weigh alternatives. | $395.00/hr | 3.70 | 1,461.50 |
| 2/25/2014 | Recap ideas from yesterday's meeting. | $395.00/hr | 0.30 | 118.50 |
| 2/27/2014 | Review receiver's complaint against Proskauer et al.  Review Supreme Court's *Troice* decision. | $395.00/hr | 0.90 | 355.50 |
| 2/28/2014 | Retainer letter. | $395.00/hr | 1.20 | NO CHARGE |
| 3/4/2014 | In response to Tom's inquiry, research and review Holland & Knight motion to withdraw reference in *Inofin* bankruptcy adversary proceeding.  Distinguish that case from Tom's, in e-mail memo to him. | $395.00/hr | 0.70 | 276.50 |
| 3/10/2014 | Telephone conference with Tom about income as it affects decision to file Chapter 13. | $395.00/hr | 0.40 | 158.00 |
|  | Arrange for consumer credit counseling and check PACER. | $395.00/hr | 0.20 | NO CHARGE |
| 3/13/2014 | Calculate "collection potential" from IRS perspective, to evaluate prospects for Offer in Compromise.  Estimate disposable monthly income for Chapter 13 purposes. | $395.00/hr | 1.20 | 474.00 |
|  | Telephone conference with Tom: OIC a waste of time -- IRS would say he could full-pay.  Discussed how best to navigate through a bankruptcy. | $395.00/hr | 0.30 | 118.50 |
| 3/14/2014 | Calculate Chapter 13 disposable monthly income & best time to file. | $395.00/hr | 0.30 | 118.50 |
| 3/20/2014 | Review *Sears* case for holding on withdrawal of reference in dischargeability case. | $395.00/hr | 0.40 | 158.00 |
| 3/24/2014 | Telephone conference with Tom: questions about budget, allowable exp. | $395.00/hr | 1.30 | 513.50 |
| 3/30/2014 | Review expenses from Chapter 13 perspective.  Notes & analysis. | $395.00/hr | 0.70 | 276.50 |
| 3/31/2014 | Telephone conference with Tom -- alternatives in bankruptcy and implications of those alternatives, with focus on budget. Telephone conference with Long & Foster. | $395.00/hr | 1.40 | 553.00 |

Thomas V. Sjoblom, Esq.                                                                                           Page   3

|            |                                                                                                                                          | Rate        | Hours | Amount       |
|------------|------------------------------------------------------------------------------------------------------------------------------------------|-------------|-------|--------------|
| 4/2/2014   | Telephone conference with Tom: questions about options as, unbeknownst to him, his client engaged in securities fraud.                   | $395.00/hr  | 0.60  | NO CHARGE    |
| 4/4/2014   | Analyze best approach to leasing company -- Tom will call.                                                                               | $395.00/hr  | 0.30  | 118.50       |
| 4/7/2014   | Telephone conference with Tom -- thinking about how to approach owners of his former house to seek relief from them.                     | $395.00/hr  | 0.10  | 39.50        |
| 4/8/2014   | Advise: OK to renew lease after filing for bankruptcy. Explain.                                                                          | $395.00/hr  | 0.20  | 79.00        |
| 4/17/2014  | Telephone conference with Tom: will IRS negotiate if confronted with draft bankruptcy petition? Possible to settle with Proskauer?       | $395.00/hr  | 0.40  | 158.00       |
| 4/23/2014  | Telephone conference with Tom: details of documentation required for bankruptcy filing, last efforts to avert it.                        | $395.00/hr  | 0.40  | 158.00       |
|            | Telephone conference with Gregg Mashberg @ Proskauer -- argued for paying Tom's taxes, keeping him out of bankruptcy. Advise Tom.        | $395.00/hr  | 0.20  | 79.00        |
| 4/25/2014  | Contact Gregg Mashberg about taxes Tom needs to discharge or pay.                                                                        | $395.00/hr  | 0.10  | 39.50        |
| 4/30/2014  | Reply to Gregg Mashberg; advise Tom about likely sticking point with Proskauer.                                                          | $395.00/hr  | 0.20  | 79.00        |
| 5/1/2014   | Reply to Tom about issues from Proskauer's perspective.                                                                                  | $395.00/hr  | 0.20  | 79.00        |
| 5/19/2014  | Telephone conference with Tom: questions.                                                                                                | $395.00/hr  | 0.70  | 276.50       |
| 5/20/2014  | Prepare message for Gregg Mashberg.                                                                                                      | $395.00/hr  | 0.20  | 79.00        |
| 5/22/2014  | Telephone conference with Tom: how to get tax returns to me, & clearing checks through account to determine accurate pre-filing balance. | $395.00/hr  | 0.30  | 118.50       |
| 5/29/2014  | Telephone conference with Tom with questions about money management.                                                                     | $395.00/hr  | 0.50  | 197.50       |
| 5/30/2014  | Telephone conference with Tom about bank transactions.                                                                                   | $395.00/hr  | 0.20  | 79.00        |
|            | Work on bankruptcy papers.                                                                                                               | $395.00/hr  | 2.00  | 790.00       |
| 5/31/2014  | Prepare and file bankruptcy case.                                                                                                        | $395.00/hr  | 0.30  | NO CHARGE    |
| 6/4/2014   | Telephone conference with Tom about administrative matters.                                                                              | $395.00/hr  | 0.10  | NO CHARGE    |
| 6/13/2014  | Motion to extend time for schedules.                                                                                                     | $395.00/hr  | 0.50  | 197.50       |

Thomas V. Sjoblom, Esq.                                                                 Page   4

| | Rate | Hours | Amount |
|---|---|---|---|
| 6/19/2014  Telephone conference with Tom: OK to travel for work? | $395.00/hr | 0.20 | 79.00 |
| 6/20/2014  Telephone conference with Ray Battaglia: his firm represents Mexican class action plaintiffs -- would like consent to relief from stay, with recovery limited to insurance proceeds. Discussed with Tom. | $395.00/hr | 0.30 | 118.50 |
| 6/22/2014  Respond to Tom's points about issues with consenting to relief from stay for Mexican class action investors. | $395.00/hr | 0.20 | 79.00 |
| 6/24/2014  Telephone conference with Tom about concepts of possible consent to relief from stay.  Frame conditions under which it might be done. | $395.00/hr | 0.40 | 158.00 |
|   Telephone conference with Tom & Josh Hochberg -- implications for Tom's overall situation to possible consent to relief from stay. | $395.00/hr | 0.60 | 237.00 |
| 6/26/2014  Telephone conference with Tom about business travel, getting schedules finished and reviewed, and meeting of creditors. | $395.00/hr | 0.20 | 79.00 |
| 6/29/2014  Drafting schedules. | $395.00/hr | 2.40 | 948.00 |
| 6/30/2014  In light of Tom's delayed return from business trip, move for further extension of time to file schedules & plan. | $395.00/hr | 0.30 | 118.50 |
| 7/1/2014  Telephone conference with Tom: Q & A about schedules. | $395.00/hr | 0.30 | 118.50 |
| 7/2/2014  Continue preparing schedules and Chapter 13 plan. | $395.00/hr | 2.10 | 829.50 |
|   Telephone conference with Tom: additional info. for schedules. | $395.00/hr | 0.90 | 355.50 |
|   Revisions to schedules, SoFA, Form 22 calculations, plan. | $395.00/hr | 1.20 | 474.00 |
| 7/3/2014  Revisions to plan, schedules, Form 22. | $395.00/hr | 0.20 | 79.00 |
|   Meeting with client for exhaustive review of schedules, statements and calculations.  Extensive review of best approach to situation.  Intensive review of budget, for Schedules I & J and Form 22, in light of Debtor's unusual circumstances and highly variable income and expenses. | $395.00/hr | 4.40 | 1,738.00 |
|   File schedules, statements & plan. | $395.00/hr | 0.30 | 118.50 |
|   Transmit Chapter 13 payment to Trustee.  Instructions to Tom for future plan payments. | $395.00/hr | 0.20 | 79.00 |
| 7/14/2014  Prepare & file pay advices form, educational IRA form, statement of no alterations. | $395.00/hr | 0.40 | 158.00 |

Thomas V. Sjoblom, Esq.  Page 5

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 7/14/2014 | Review 2013 tax returns. Transmit to Trustee. | $395.00/hr | 0.50 | 197.50 |
| | Telephone conference with Ray Battaglia: who does he represent with respect to proposal for relief from stay. He's trying to craft language for consent to relief from stay while preserving liability of insurers. Advise Tom. | $395.00/hr | 0.40 | 158.00 |
| | Prepare and file change of address for Laura Pendergest-Holt. | $395.00/hr | 0.10 | 39.50 |
| 7/18/2014 | Telephone conference with Tom: wants to know, if he could raise a lump sum, could he settle with creditors instead of seeing Chapter 13 through to conclusion? | $395.00/hr | 0.20 | 79.00 |
| 7/22/2014 | Telephone conference with Tom: owners of his rental house selling -- must move. Again: can we settle with his creditors and dismiss the bankruptcy? | $395.00/hr | 0.20 | 79.00 |
| 7/25/2014 | Prepare for meeting of creditors. | $395.00/hr | 1.50 | 592.50 |
| | Analysis of IRS secured claim. | $395.00/hr | 0.60 | 237.00 |
| 7/27/2014 | Conference call with Tom & Josh Hochberg to prepare for meeting of creditors. | $395.00/hr | 0.30 | 118.50 |
| 7/28/2014 | Meeting of Creditors. | $395.00/hr | 3.20 | 1,264.00 |
| 7/30/2014 | Telephone conference with Tom: questions about impact of Trustee's motion to dismiss. Also: is it possible to settle with IRS? Should he make plan payment? (yes) | $395.00/hr | 0.30 | 118.50 |
| 8/2/2014 | Review & comment on Trustee's Motion to Dismiss case and objection to confirmation. | $395.00/hr | 0.50 | 197.50 |
| 8/6/2014 | Telephone conference with Tom: because of his bankruptcy, only lease he can get requires higher rent, much greater security deposit. | $395.00/hr | 0.30 | 118.50 |
| | Telephone conference with Ray Battaglia regarding his progress in corralling all the class action claimants, to eliminate them as potential creditors in Tom's case. Hopes he will be able to report success in about one week. | $395.00/hr | 0.20 | 79.00 |
| 8/11/2014 | Meeting with Tom: bank statements & sources of values for Schedule B items, as requested by Trustee. | $395.00/hr | 0.30 | 118.50 |
| 8/12/2014 | Letter to Trustee conveying information she requested. Review bank statements and, upon finding some unintelligible, advise Tom. Telephone conference with Tom about getting replacement statements to me, so we can try to get Aug. 22 hearing continued. (1.6 hours, reduced to .9) | $395.00/hr | 0.90 | 355.50 |

Thomas V. Sjoblom, Esq.                                                      Page 6

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 8/13/2014 | Telephone conference with Tom -- mailing reprinted bank statements. | $395.00/hr | 0.10 | NO CHARGE |
| 8/14/2014 | Revise letter to Trustee, conveying information and documents she requested. | $395.00/hr | 0.20 | 79.00 |
| 8/18/2014 | Telephone conference with Ray Battaglia: ALL class action claimants & receiver agree to join in motion for relief from stay, agreeing not to file claims in Tom's case and to limit recovery to insurance proceeds. Advise Tom & Josh. | $395.00/hr | 0.30 | 118.50 |
| | Opposition to Trustee's Motion to Dismiss case. | $395.00/hr | 2.00 | 790.00 |
| 8/19/2014 | Telephone conference with C. Niklas: IRS claim makes plan underfunded. Will continue hearing if objection is filed. | $395.00/hr | 0.10 | 39.50 |
| 8/20/2014 | Telephone conference with Tom: advised of Trustee's position regarding hearings. | $395.00/hr | 0.10 | 39.50 |
| | Prepare objection to IRS claim, along with notice, proposed order. | $395.00/hr | 1.40 | 553.00 |
| | Telephone conference with Tom & Josh Hochberg: need Suggestions of Bankruptcy. Prepare same. | $395.00/hr | 0.20 | 79.00 |
| 8/21/2014 | Review, calendar & forward to Tom the notice of continued hearings. | $395.00/hr | 0.10 | 39.50 |
| 8/22/2014 | Respond to Tom about Trustee's control over assets. | $395.00/hr | 0.10 | 39.50 |
| 8/28/2014 | Respond regarding continued dunning by Penn Medicine. Call them to halt collections. | $395.00/hr | 0.20 | 79.00 |
| | Advise Tom about monthly report forms. | $395.00/hr | 0.20 | 79.00 |
| | Inquire of Ray Battaglia about status of creditors' motion. | $395.00/hr | 0.10 | 39.50 |
| 9/3/2014 | Telephone conference with Tom: approaching possible settlement with IRS -- how to integrate that with his bankruptcy? | $395.00/hr | 0.30 | 118.50 |
| 9/4/2014 | Telephone conference with Josh Hochberg: comments and requests on stipulation consenting to relief from stay for class action plaintiffs. Notes. | $395.00/hr | 0.20 | 79.00 |
| | Detailed review, revisions to proposed stip consenting to relief from stay for class action plaintiffs. Respond to J. Hochberg's concerns. Telephone conference with Josh & Tom to clarify distinction between claims bar deadline & deadline for objections to dischargeability. | $395.00/hr | 2.30 | 908.50 |

Thomas V. Sjoblom, Esq.                                                                                                           Page   7

| Date | Description | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 9/5/2014 | Reply to Tom about language to insert in proposed stip consenting to relief from stay. Review Josh's comments. Telephone conference with Tom & Josh. Telephone conference with Ray Battaglia: we need to include state court actions, would like to include receiver in Antigua, want release to survive if bankruptcy is dismissed. | $395.00/hr | 1.30 | 513.50 |
| 9/8/2014 | Telephone conference with Ray Battaglia: expecting to include State court claims in scope of stipulation. Cannot bind receiver in Antigua. Advise Tom. | $395.00/hr | 0.30 | 118.50 |
| 9/10/2014 | Telephone conference with Tom & Josh (with others in Josh's office) : press for consent order to survive dismissal. Further revisions to consent stip; send to Ray Battaglia for approval. | $395.00/hr | 1.90 | 750.50 |
|  | Telephone conference with Ari Kunofsky for DOJ re: objection to IRS claim. | $395.00/hr | 0.20 | 79.00 |
| 9/23/2014 | Telephone conference with Tom & Josh about: status of stipulation with class action claimants; dischargeability of debts; ways to shorten term of Chapter 13 plan; possible negotiations with IRS. | $395.00/hr | 0.50 | 197.50 |
| 10/2/2014 | Telephone conference with Tom: needs to amend schedules. Also: how to rebut IRS claim. Can we negotiate with IRS? Calculate plan alternatives. | $395.00/hr | 1.00 | 395.00 |
| 10/9/2014 | Claims filed by Receiver and Official Committee. Assess impact on Tom's case; advise. | $395.00/hr | 0.70 | 276.50 |
| 10/10/2014 | Telephone conference with Tom: Josh concurs, call Ray Battaglia. Telephone conference with Battaglia about obstacles to reaching agreement with creditors. Advise Tom. | $395.00/hr | 0.40 | 158.00 |
|  | Review motion for relief from stay. Advise Tom & Josh. Request proof of elements of defense from Tom. | $395.00/hr | 0.40 | 158.00 |
|  | Telephone conference with B.J. Haynes: what would IRS do with Tom's client receivable if we assigned it to them? (probably, nothing) | $395.00/hr | 0.10 | 39.50 |
| 10/13/2014 | Review Stanford excerpt & transcripts to assess Tom's defenses. Telephone conference with Tom & Josh about interplay between Motion for Relief and claims filed. Evaluate possible response to MFR. | $395.00/hr | 1.10 | 434.50 |
|  | Discuss how to treat Tom's client receivable. | $395.00/hr | 0.40 | 158.00 |
|  | Further analysis of (1) IRS response to claim objection & (2) Motion for Relief from Stay. Advise Tom about possible responses & outcomes. (1.7, reduced to .8) | $395.00/hr | 0.80 | 316.00 |

Thomas V. Sjoblom, Esq.                                                                                           Page    8

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/13/2014 | Discussion with Tom about amending schedules & ways to regard his client receivable for purposes of IRS claim. | $395.00/hr | 0.40 | 158.00 |
| 10/14/2014 | Telephone conference with Tom: working with J. Hochberg to try to convince Proskauer to aid in resisting Motion for Relief. Also: Tom to work on budget. | $395.00/hr | 0.30 | 118.50 |
| | Telephone conference with J. Hochberg, M. Rattan, T. Sjoblom to prepare for discussion with Proskauer of events in Tom's bankruptcy. | $395.00/hr | 0.30 | 118.50 |
| | Conference call with Proskauer, soliciting their input and help with matters pending in Bankruptcy Court | $395.00/hr | 1.10 | 434.50 |
| | Motion to extend time to respond to Court's Order for replying to IRS on objection to claim. | $395.00/hr | 0.70 | 276.50 |
| | Back-and-forth with Tom over content of motion to extend time to respond to IRS claim. Tom wants to make sure he doesn't prejudice his rights vis-a-vis IRS. | $395.00/hr | 0.20 | 79.00 |
| 10/16/2014 | Review, forward Order granting extension to respond regarding objection to IRS claim. | $395.00/hr | 0.10 | 39.50 |
| | Review and modify income statements. Reply to questions. | $395.00/hr | 1.50 | 592.50 |
| | Amendments to schedules & Statement of Financial Affairs. | $395.00/hr | 0.70 | 276.50 |
| 10/19/2014 | Analysis of elements of response to Motion for Relief from Stay & objection to claims of Committee & Receiver. Telephone conference with Tom, identifying issues. | $395.00/hr | 0.80 | 316.00 |
| 10/21/2014 | Telephone conference with Tom & Josh, about ways to respond to Motion for Relief that do not require detailed, intensive discussion of history of case. | $395.00/hr | 0.30 | 118.50 |
| 10/22/2014 | Re-send revised bankruptcy schedules & income statements for Tom to review. | $395.00/hr | 0.20 | 79.00 |
| | Research & analysis: how to proceed with Receiver & Committee claims and Motion for Relief. Telephone conference with Tom. | $395.00/hr | 1.00 | 395.00 |
| | Re-send revised schedules & income statements for Tom to review. | $395.00/hr | 0.20 | NO CHARGE |
| | Reply to IRS response to objection to claim. Revise, after discussion with Tom. | $395.00/hr | 2.70 | 1,066.50 |

Thomas V. Sjoblom, Esq.  Page 9

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/23/2014 | Telephone conference with Ray Battaglia: he's renewing overtures for stipulation resolving Motion for Relief from Stay. Advise Tom. Josh still attempting to get copy of insurance policies from Proskauer. | $395.00/hr | 0.30 | 118.50 |
|  | Advise Tom about amended schedule showing business expenses. | $395.00/hr | 0.10 | 39.50 |
| 10/26/2014 | Review revised stipulation on motion for relief. Review *Stowers Furniture Co.* case, cited by Plaintiffs in stipulation, for its impact on the case. Request consent for extension to respond to Motion for Relief. Ask Mindy Rattan: are all cases against Tom included in stip? | $395.00/hr | 1.10 | 434.50 |
|  | Review *In re Smith*, facts of which parallel our case, for its bearing on eligibility for Chapter 13 in the face of unliquidated SEC claims. (.8, reduced to .4) | $395.00/hr | 0.40 | 158.00 |
| 10/27/2014 | Telephone conference with Tom & Josh: concerned we could be granting State court plaintiffs relief from stay without binding them to limits of stipulation. | $395.00/hr | 0.30 | 118.50 |
|  | Re-evaluate proposed stipulation in light of comments from Tom & Josh Hochberg. | $395.00/hr | 0.90 | 355.50 |
|  | Motion to extend time to answer Motion for Relief from Stay. Consider, respond to additional comments on stipulation. | $395.00/hr | 1.40 | 553.00 |
| 10/28/2014 | Telephone conference with Tom, with Josh Hochberg -- signature block on stip is ambiguous as to whom is represented. | $395.00/hr | 0.10 | 39.50 |
| 10/29/2014 | Revise declaration & prepare summary for amended schedules. | $395.00/hr | 0.20 | NO CHARGE |
|  | Request authority to send revised stipulation to Ray Battaglia. | $395.00/hr | 0.10 | NO CHARGE |
|  | Telephone conference with R. Battaglia: we need to identify which attorneys represent which plaintiffs and make sure all plaintiffs are bound. Ray agreeable in principle. | $395.00/hr | 0.20 | 79.00 |
|  | Telephone conference with Tom about revised language for stipulation. | $395.00/hr | 0.20 | 79.00 |
| 10/30/2014 | Advise Tom about hearing on objection to IRS claim & issues that raises. | $395.00/hr | 0.20 | 79.00 |
|  | Revise stipulation resolving Motion for Relief from Stay to show that all plaintiffs are represented by one or the other of the "Movants'" attorneys. | $395.00/hr | 0.20 | 79.00 |

Thomas V. Sjoblom, Esq.                                                                                              Page   10

|            |                                                                                                                                                                                             | Rate        | Hours | Amount   |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|-------|----------|
| 10/30/2014 | Telephone conference with DOJ's Ari Kunofsky about sur-reply to IRS objection, testing for possibility of settlement.                                                                        | $395.00/hr  | 0.20  | 79.00    |
| 11/4/2014  | Telephone conference with Tom about develoments on stipulation. Also: what happens regarding Trustee's motion to dismiss? Research to confirm result if converted to Chapter 7. Calculate possible resolution with IRS. | $395.00/hr  | 0.80  | 316.00   |
| 11/5/2014  | Telephone conference with Tom: approves of Stipulation as revised. Explained distinction between "debtor' and "estate" throughout stipulation. Cautioned: stip would likely not survive dismissal of bankruptcy. | $395.00/hr  | 0.80  | 316.00   |
| 11/6/2014  | Telephone conference with Presbyterian Hospital, collecting. Sent notice of bankruptcy.                                                                                                      | $395.00/hr  | 0.20  | 79.00    |
|            | Response to Motion for Relief from Stay. Request Court to take off hearing.                                                                                                                  | $395.00/hr  | 0.30  | 118.50   |
| 11/7/2014  | Reply regarding hearing on objection to IRS claim.                                                                                                                                          | $395.00/hr  | 0.30  | 118.50   |
|            | Calculate potential settlement with IRS. Extended call with Tom about how to determine appropriate Chapter 13 plan funding in light of his highly variable income. Consider Chapter 7.      | $395.00/hr  | 1.20  | 474.00   |
| 11/11/2014 | Reply to Ray Battaglia about hearing scheduled for this week.                                                                                                                                | $395.00/hr  | 0.10  | 39.50    |
| 11/12/2014 | Telephone conference with Tom, about scheduling and valuing receivable. Pros & cons of Chapter 7. Telephone conference with C. Niklas, with suggestions how to confirm a Chapter 13 plan. Advise Tom. | $395.00/hr  | 1.60  | 632.00   |
|            | Telephone conference with Tom, weighing Chapter 13 v. Chapter 7.                                                                                                                             | $395.00/hr  | 0.90  | 355.50   |
| 11/13/2014 | Scheduling conference on objection to IRS claim. Ari Kunofsky suggests withdrawal of objection so that lien value determination may be made by bankruptcy specialist, rather than through litigation. | $395.00/hr  | 2.80  | 1,106.00 |
| 11/14/2014 | Telephone conference with Tom: still weighing Chapter 13 against Chapter 7.                                                                                                                  | $395.00/hr  | 1.00  | 395.00   |
| 11/16/2014 | Review, reply in detail to Tom's summary of alternative courses in bankruptcy.                                                                                                               | $395.00/hr  | 1.30  | 513.50   |
| 11/17/2014 | Telephone conference with Tom, still weighing Chapter 13 v. Chapter 7 (in which more debt would be dischargeable).                                                                           | $395.00/hr  | 0.90  | 355.50   |

Thomas V. Sjoblom, Esq.   Page 11

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 11/17/2014 | Telephone conference with C. Niklas about acceptable provisions for plan. Prepare amended plan. Review case law developments -- standards for approval. | $395.00/hr | 0.60 | 237.00 |
| 11/18/2014 | Telephone conference with Tom: accedes to 6% interest through plan, but not on attorney's fees. | $395.00/hr | 0.30 | 118.50 |
| | Revise amended plan per Trustee's directives. | $395.00/hr | 0.10 | 39.50 |
| | Draft stipulation between Debtor & IRS to preserve issue of value of lien even if objection to claim is withdrawn. Notes to Tom. | $395.00/hr | 0.40 | 158.00 |
| 11/20/2014 | Telephone conference with Tom, reviewing amended plan. | $395.00/hr | 0.50 | 197.50 |
| | Review updated Court mailing matrix for plan & prepare list, eliminating duplications. | $395.00/hr | 0.40 | NO CHARGE |
| | Telephone conference with Trustee -- rejects our proposed plan, insists on a hearing. Telephone conference with Tom, x2 -- we will amend to satisfy Trustee's concerns, but with reservations. Revise amended plan. | $395.00/hr | 1.30 | 513.50 |
| | Letter to C. Niklas about Debtor's reservations about plan & what is needed to see it through. | $395.00/hr | 0.70 | 276.50 |
| | Telephone conference with DOJ's Ari Kuofsky: will consider stipulation. | $395.00/hr | 0.10 | 39.50 |
| 11/21/2014 | Revise letter to Chapter 13 trustee. | $395.00/hr | 0.30 | 118.50 |
| 11/25/2014 | Compose transmittal e-mail to DOJ's Ari Kunofsky. Air issues with Tom. He will consider draft and respond. | $395.00/hr | 0.70 | 276.50 |
| 11/26/2014 | Telephone conference with Tom: lingering concerns over stipulation with DOJ: will that leave them free to contest lien value? (No, withdrawal of claim objection is without prejudice) | $395.00/hr | 0.60 | 237.00 |
| 12/1/2014 | Review Trustee's objection to confirmation of current plan & advise Tom -- this is as expected. | $395.00/hr | 0.10 | 39.50 |
| 12/3/2014 | Telephone call with Tom: considering traveling for business -- is case postured so he can do that? | $395.00/hr | 0.20 | 79.00 |
| 12/4/2014 | Modify, file stipulation with DOJ (IRS), dismissing objection to claim without prejudice. Amend plan. | $395.00/hr | 0.50 | 197.50 |
| 12/8/2014 | Trustee withdrew objection to confirmation of the plan and submitted proposed order of confirmation. Advise Tom. | $395.00/hr | 0.10 | 39.50 |

Thomas V. Sjoblom, Esq.                                                                                      Page   12

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/18/2014 | Telephone conference with Tom: confirmed, no court tomorrow. | $395.00/hr | 0.10 | NO CHARGE |
| 12/21/2014 | Advise Tom of new date for hearing on confirmation of plan. | $395.00/hr | 0.10 | 39.50 |
| 1/5/2015 | Arrange for, advise client about debtor education. | $395.00/hr | 0.30 | NO CHARGE |
| 8/31/2015 | Telephone conference with Tom: his landlord's bankruptcy is interfering with his ability to renew his lease.  Analyze & advise. | $395.00/hr | 0.50 | 197.50 |
| 9/3/2015 | Telephone conference with Tom: advised against high-interest-rate credit card.  Get secured card instead. | $395.00/hr | 0.10 | 39.50 |
| 2/1/2016 | Assess impact of California class action/dismissal. | $395.00/hr | 0.40 | 158.00 |
| 2/2/2016 | Telephone conference with Tom about California plaintiffs. | $395.00/hr | 0.20 | 79.00 |
| 2/5/2016 | Telephone conference with Tom and with Bill Mateja: best way(s) to handle Arca investors? | $395.00/hr | 0.30 | 118.50 |
| 2/10/2016 | Draft letter to counsel for newly-emerged (Arca) plaintiffs.  Discuss with Tom & Bill Mateja. | $395.00/hr | 0.80 | 316.00 |
| 2/14/2016 | Revise letter to California plaintiffs. | $395.00/hr | 0.80 | 316.00 |
| 2/15/2016 | Telephone conference with Tom: Josh notes, there is no action pending against Tom for which relief from stay could be granted.  Need to find another vehicle if we wish to engage the Arca plaintiffs.  Develop strategy. | $395.00/hr | 0.50 | 197.50 |
| 2/18/2016 | Conference call: how to deal with Arca plaintiffs. | $395.00/hr | 0.40 | 158.00 |
| 2/19/2016 | Conference call with Josh Hochberg & Jonathan Chang (representing Proskauer) to air my strategy for dealing with Arca plaintiffs.  Advise Tom. | $395.00/hr | 0.20 | 79.00 |
|  | Revise letter to Arca attorney. | $395.00/hr | 0.40 | 158.00 |
| 2/22/2016 | Tom wants proposal to Arca plaintiffs conditioned on outcome of motion to dismiss.  How would that work? | $395.00/hr | 0.10 | 39.50 |
| 2/26/2016 | Revisions to letter to attorney for Arca plaintiffs. | $395.00/hr | 0.30 | 118.50 |
| 4/4/2016 | Letter to Trustee: OPM deduction improperly continuing. | $395.00/hr | 0.20 | 79.00 |
| 4/5/2016 | Advise Tom of Trustee's response: she is processing his account for a refund to him. | $395.00/hr | 0.10 | 39.50 |
| 4/12/2016 | Reply to Tom about status updates and handling OPM. | $395.00/hr | 0.10 | 39.50 |

Thomas V. Sjoblom, Esq.                                                                                                         Page   13

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 4/27/2016 | Advise of Trustee's Final Report & need for debtor education, to qualify for discharge. | $395.00/hr | 0.20 | 79.00 |
| 4/29/2016 | New suit: advise Tom of implications. | $395.00/hr | 0.20 | 79.00 |
| 5/3/2016 | Review proposed stipulation with new Snyder plaintiffs. | $395.00/hr | 0.50 | 197.50 |
| 5/4/2016 | Further revisions to new stipulation. Questions to co-counsel. | $395.00/hr | 1.20 | 474.00 |
| 5/5/2016 | Review & approve additional revisions to supplemental Order for Relief from Stay.  Reply to Bill Mateja's re-write. | $395.00/hr | 0.20 | 79.00 |
| 5/23/2016 | Renew debtor education arrangements. | $395.00/hr | 0.10 | NO CHARGE |
| 5/27/2016 | Motion for entry of revised consent order. | $395.00/hr | 0.80 | 316.00 |
| 5/30/2016 | Begin draft of fee application. | $395.00/hr | 0.70 | NO CHARGE |
| 6/14/2016 | Review & forward Second Stipulation and Consent Order, as entered. | $395.00/hr | 0.10 | 39.50 |
|  | Prepare & file motion for entry of Debtor's discharge. | $395.00/hr | 0.20 | 79.00 |
|  | For professional services rendered |  | 117.50 | $44,595.50 |